UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS J. ROMANO,

    Plaintiff,

    v.

UNKNOWN INTERNAL REVENUE SERVICE (IRS) AGENTS; UNKOWN FEDERAL BUREAU OF INVESTIGATION (FBI AGENTS; RICHMOND, CA POLICE DEPARTMENT; UNKOWN RICHMOND POLICE DEPARTMENT OFFICERS; and DOES I to X, inclusive,

    Defendants.

No. C 19-07172 WHA

**ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

Plaintiff moves for a sixty day extension of time to file a notice of appeal. Plaintiff relies on FRAP 4(a), which provided plaintiff *thirty* days from the February 13 entry of judgment to file a notice of appeal. Plaintiff filed his motion by certified mail on April 28, *seventy-five* days after the entry of judgment.

Plaintiff does not acknowledge the untimeliness of his motion or point to an applicable exception. Instead, the motion merely states that an extension is necessary "due to the Coronavirus causing delays and shutdowns in our society." The requirement of timely notice of appeal, however, is jurisdictional, *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir.

2007), and no authority permits equitable exceptions to this rule. *Bowles v. Russell*, 551 U.S. 205 (2007).

FRAP 4(a)(6) provides a statutory exception if plaintiff did *not* receive timely notice of the entry of judgment. *See also* 28 U.S.C. § 2107. But plaintiff *did* receive timely notice by first class mail the same day judgment was entered (Dkt. No. 34).

Accordingly, plaintiff's motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 22, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE